ESSIE HARP, APPELLANT, V. H. RUPRECHT, DOING BUSINESS AS
ELKHORN MEDICAL ASSOCIATES, APPELLEE.
455 N.W.2d 176

Filed May 18, 1990. No. 88-285.

Dan D. Stoller for appellant.

Joni R. Kerr, of Kennedy, Holland, DeLacy & Svoboda, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

Upon our consideration of the record, briefs, and recommendation of the Appellate Division of the District Court, we find that a question exists as to a material fact or the inference to be drawn therefrom, and, accordingly, the defendant was not entitled to summary judgment. The judgment of the district court is reversed and the cause remanded for further proceedings.

REVERSED AND REMANDED FOR
FURTHER PROCEEDINGS.